# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00597-CR

**Teresa Karen Voges, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW OF COMAL COUNTY
## NO. 99CR-918, HONORABLE BRENDA R. FREEMAN, JUDGE PRESIDING

**PER CURIAM**

At her trial for driving while intoxicated, Teresa Karen Voges testified in a manner violative of the court's previous order in limine. The court granted the State's motion for mistrial, held Voges in contempt, and assessed punishment for the contempt at incarceration for three days and a $500 fine. Voges seeks to appeal the judgment of contempt.

Decisions in contempt proceedings are not appealable. *Metzger v. Sebek*, 892 S.W.2d 20, 54-55 (Tex. App.—Houston [1st Dist.] 1994, writ denied). A contempt judgment can be attacked only by way of habeas corpus. *Collins v. Kegans*, 802 S.W.2d 702, 705 (Tex. Crim. App. 1991).

The appeal is dismissed for want of jurisdiction.


Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed:   October 12, 2000

Do Not Publish

2